UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHAKIEEM SEWER,<br><br>                    Plaintiff,<br><br>      -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | 1:23-cv-00700 (JLR) (SN)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that the Court's order at ECF No. 6 is vacated. The parties shall comply with ECF No. 3. This case remains referred to Magistrate Judge Netburn for Social Security. The Clerk of the Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

Dated:  March 9, 2023
        New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                _____
                                                JENNIFER L. ROCHON
                                                United States District Judge