UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RHAKIEEM SEWER,

                                   Plaintiff,                                           23-CV-00700 (SN)

               -against-                                                 **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Friday, June 16, 2023, at 11:00 a.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The Court understands that Plaintiff is challenging the denial of his request to obtain a Social Security number. Accordingly, at this conference, counsel for Defendant should be prepared to discuss whether Plaintiff appealed from the October 30, 2019 and September 22, 2021 decisions (attached to Plaintiff's complaint). If Plaintiff did appeal, what was the outcome? If Plaintiff did not appeal, what are the administrative steps available to him now?

      Because Plaintiff does not appear to receive ECF notifications, the Court requests that Defendant email this order and/or otherwise ensure that Plaintiff is aware of the conference.

**SO ORDERED.**

                                                                                SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:      June 12, 2023
                  New York, New York