UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RHAKIEEM SEWER,

                              **Plaintiff,**                          23-CV-00700 (SN)

        -against-                                     **ORDER GRANTING**
                                                          **PRO BONO COUNSEL**

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**
-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       At the conference held on June 16, 2023, the Court inquired whether Plaintiff would benefit from the assistance of pro bono counsel, and Plaintiff indicated that he would. Accordingly, Plaintiff's oral application is GRANTED.

       Plaintiff is reminded that there are no funds to secure counsel in civil cases and that the Court relies on volunteers. As stated at today's conference, the Court has identified an attorney who is willing to assist Plaintiff, and they will be contacting Plaintiff directly.

       In addition, Plaintiff's deadline to respond to Defendant's motion to dismiss is adjourned pending further order of the Court. Defendant is directed to file a status letter with the Court no later than September 14, 2023.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       June 16, 2023
                   New York, New York